UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

IN RE:

LINDA KAY EVANS,

Debtor.  No. 17-10246-TA13

## CERTIFICATE REGARDING REQUIREMENT TO FILE TAX RETURNS PURSUANT TO NM LBR 4002-3

Debtor Linda Evans, by and through her attorney of record, Davis Miles McGuire Gardner, PLLC (Ron Holmes), hereby certifies, pursuant to NM LBR 4002-3, that:

___ Debtor has filed all of the tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition, as referenced in 11 U.S.C.§1308(a), including tax returns for the following tax years 2011-2014.

___ Debtor has filed the tax returns for the following taxable periods ending on the date of the filing of the petition – 2011-2012, as referenced in 11 U.S.C.§1308(a), and have not filed for the taxable period(s) ending 2013-2014. For those returns not filed, Debtor estimates that he/she will need until _____ to file those returns.

X Debtor has not filed any of the tax returns for taxable periods ending during the 4-year period ending on the date of the filing of the petition, as referenced in 11 U.S.C. §1308(a). Debtor estimates that he/she will need until April 1, 2017 to file 2015 and 2016 tax returns.

___ Debtor has no taxable income; and, therefore, has not been required to file tax returns.

_/s/ L. Evans_
Debtor

Date: 3/2/17

Respectfully submitted,

DAVIS MILES MCGUIRE GARDNER, PLLC

s/ submitted electronically
Ron Holmes
Attorney for Debtor
320 Gold SW, Suite 1111
Albuquerque, New Mexico 87102
Telephone: (505) 268-3999
Facsimile: (505) 243-6448

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was transmitted via electronic noticing to:

- **James C Jacobsen**   jjacobsen@nmag.gov, jotero@nmag.gov
- **Kelley L. Skehen**   courtemail@ch13.nm.com, courtemailbu@ch13nm.com
- **Joseph Patrick Turk**   jturk@ylawfirm.com
- **United States Trustee**   ustpregion20.aq.ecf@usdoj.gov

on this 8th day of March, 2017.

Electronically filed
Ron Holmes