# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE: LINDA KAY EVANS        CASE NO: 13-17-10246 TA

      **Debtor**

## MOTION TO DISMISS

    The Standing Chapter 13 Trustee, Kelley L. Skehen, respectfully requests the Court enter an order dismissing the above captioned Chapter 13 case. In support of her request, the Trustee states as follows:

    1.    A voluntary petition commencing this case was filed on February 03, 2017.

    2.    There is cause for dismissal, as follows:

The Debtor failed to make timely payments to the Trustee. The delinquency as of the date of this Motion is approximately $750.00. If the Court denies this Motion to Dismiss, the Debtor should be required to make plan payments by wage deduction or allotment under §1325(c).

    WHEREFORE, the Chapter 13 Trustee requests that the Court enter an order granting the relief requested above and granting such other and further relief as the Court may deem just and proper.

                                            KELLEY L. SKEHEN
                                            STANDING CHAPTER 13 TRUSTEE

                                            Electronically filed/Kelley L. Skehen/rl

Kelley L. Skehen
625 SILVER SW, SUITE 350
ALBUQUERQUE, NM 87102
(505) 243-1335 fax (505) 247-2709
orders@ch13nm.com

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF System, All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. I certify that the foregoing was mailed by first class mail to the Debtor and the following parties at the address(es) listed below on May 01, 2017
.

LINDA KAY EVANS
2075 WINCHESTER DRIVE
BOSQUE FARMS, NM  87068